SHERIDAN, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. February 6, 1903.) Action by Robert Sheridan against the Metropolitan Street Railway Company. A. Ofner, for appellant. J. H. Radigan, for respondent. No opinion. Judgment and order affirmed, with costs.

SHIPSEY et al. v. MANHATTAN RY. CO. (Supreme Court, Appellate Division, First Department. February 13, 1903.) Action by Jacob Shipsey and others against the Manhattan Railway Company. No opinion. Motion granted, with $10 costs.

SHORTEL, Respondent, v. CARL, Appellant. (Supreme Court, Appellate Division, Third Department. January 14, 1903.) Action by Margaret Shortel against Herbert Carl. No opinion. Judgment and order unanimously affirmed, with costs.

SIMONSON, Appellant, v. HOES, Public Adm'r, Respondent. (Supreme Court, Appellate Division, First Department. February 20, 1903.) Action by Lucia Simonson against William M. Hoes, public administrator, etc. E. Frayer, for appellant. F. W. Arnold, for respondent. No opinion. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs to abide event.

SISSON, Respondent, v. IRISH, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 20, 1903.) Action by William G. Sisson against George J. Irish. No opinion. Order affirmed, with $10 costs and disbursements.

SMITH, Respondent, v. ALBANY & H. RY. & POWER CO., Appellant. (Supreme Court, Appellate Division, Third Department. January 14, 1903.) Action by Ida Smith against the Albany & Hudson Railway & Power Company. No opinion. Judgment unanimously affirmed, with costs.

SMITH, Respondent, v. BYRNES, Appellant. (Supreme Court, Appellate Division, Second Department. January 23, 1903.) Action by Harry W. Smith against Thomas F. Byrnes. No opinion. Order modified by reducing the terms imposed from $80 to $30, and as modified affirmed, without costs.

SMITH v. LEHIGH VALLEY R. CO. (Supreme Court, Appellate Division, Fourth Department. January 13, 1903.) Action by Porter D. Smith, administrator, against the Lehigh Valley Railroad Company. No opinion. Motion for reargument denied, with $10 costs and disbursements. Motion for leave to appeal to Court of Appeals denied.

SMITH, Appellant, v. MUNTER, Respondent. (Supreme Court, Appellate Division, First Department. January 9, 1903.) Action by James Smith against Joseph R. Munter. W. R. Hill, for appellant. H. W. Unger, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

SMITH, Respondent, v. SAMPSON et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 16, 1903.) Action by William J. Smith against John S. Sampson and Henry W. Meyer. No opinion. Judgment of the Municipal Court affirmed by default, with costs.

In re SMITH'S WILL. (Supreme Court, Appellate Division, Second Department. January 23, 1903.) In the matter of the probate of the last will and testament of Thomas C. Smith, deceased, etc. No opinion. Decree of the Surrogate's Court of Kings county affirmed, with costs.

SNIFFIN, Respondent, v. MURRAY et al., Defendants (NEW YORK CENT. & H. R. R. CO., Appellant). (Supreme Court, Appellate Division, Second Department. February 11, 1903.) Action by William H. Sniffin against Patrick J. Murray, Louis Munzinger and others, and the New York Central & Hudson River Railroad Company. No opinion. Order affirmed, with $10 costs and disbursements.

SOKOLSKI, Respondent, v. BUTTENWIESER, Appellant. (Supreme Court, Appellate Division, First Department. January 23, 1903.) Action by Ray Sokolski against Joseph L. Buttenwieser, impleaded. H. W. Unger, for appellant. E. W. S. Johnston, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

SPEAR, Appellant, v. AMERICAN SERVICE UNION, Respondent. (Supreme Court, Appellate Division, Second Department. January 23, 1903.) Action by Maude E. Spear, executrix, etc., of Arthur H. Spear, deceased, against the American Service Union. No opinion. Motion denied.

SPIER v. HYDE. (Supreme Court, Appellate Division, First Department. February 13, 1903.) Action by Charles L. Spier against Charles L. Hyde. No opinion. Motion denied.

SPRAGUE NAT. BANK, Appellant, v. ERIE R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. January 9, 1903.) Action by the Sprague National Bank against the Erie Railroad Company. No opinion. Judgment and order affirmed, with costs. See 57 N. Y. Supp. 844.

STAFFORD, Respondent, v. STAFFORD, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 6, 1903.) Action by Delia W. Stafford against Jenny K. Stafford. No opinion. Judgment affirmed, with costs. DAVY, J., not voting.